# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| BENEDORTSE LLC, | ) Case No.: 3:25-cv-01335 |
| Plaintiff, | ) |
| v. | ) Judge: William L. Campbell, Jr. |
| WELLS FARGO BANK, N.A., | ) Magistrate Judge: Luke A. Evans |
| Defendants. | ) **JURY DEMAND** |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.01(a), Plaintiff BenedorTSE LLC ("Benedor") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively the "Parties") submit this joint motion respectfully requesting the Court extend the briefing deadlines related to the motion to dismiss of Wells Fargo and the motion to transfer venue of Wells Fargo. In support of this motion, the Parties state as follows:

1.      On March 23, 2026, Wells Fargo filed a motion to transfer venue from the Middle District of Tennessee to the Northern District of California (D.I. 14) and filed a motion to dismiss Benedor's claims against it (D.I. 15).

2. **Motion to Transfer Venue:**

a.   The deadline for Benedor to respond to Wells Fargo's motion to transfer venue ("Response to Transfer Motion") is Monday, April 6, 2026. Benedor desires additional time as counsel has limited capacity to prepare its response over the upcoming holiday weekend.

b.   Wells Fargo has agreed to an extension of Benedor's deadline for its Response to Transfer Motion to Monday, April 13, 2027.

3. **Motion to Dismiss:**

a. On March 31, 2026, Benedor filed its response in opposition to Wells Fargo's motion to dismiss ("Response to MTD") six days earlier than the Response to MTD's due date. *See* D.I. 17.

b. The deadline for Wells Fargo to reply to Benedor's Response to MTD ("Reply Brief to MTD") is now Tuesday, April 7, 2026. Under the originally contemplated briefing schedule, Wells Fargo's reply would have been due Monday, April 13, 2026. Wells Fargo desires additional time as counsel was expecting to complete this briefing after the Easter holiday on the original briefing schedule.

c. Benedor has agreed to an extension of Wells Fargo's deadline for its Reply Brief to MTD to Tuesday, April 14, 2026.

Based upon the foregoing, Benedor and Wells Fargo respectfully request that the deadlines for Benedor's Response to Transfer Motion be extended until April 13, 2026, and for Wells Fargo's Reply Brief to MTD until April 14, 2026.

Dated: April 2, 2026

Respectfully submitted,

*/s/ W. David Bridgers*

W. David Bridgers (TN BPR #016603)
Chanelle Acheson (TN BPR #030008)
G. Edward Powell III (CA Bar #324530)
Ira C. Waddey (TN BPR #002665)
**Waddey Acheson LLC**
1030 16th Ave S, Suite 300
Nashville, TN 37212
615-839-1100
david@waddeyacheson.com
*Counsel for Plaintiff BenedorTSE, LLC*

*/s/ R. Gregory Parker*

R. Gregory Parker (BPR #032516)
K&L GATES LLP
501 Commerce St., Suite 1500
Nashville, TN 37201
Tel.: (615) 780-6751
Fax: (615) 780-6799
greg.parker@klgates.com

Vincent J. Galluzzo
K&L GATES LLP
300 S. Tryon St., Suite 1000
Charlotte, NC 28202
Tel.: (704) 331-7400
vincent.galluzzo@klgates.com

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8238
Fax: (415) 882-8220
erik.halverson@klgates.com

Kahlan E. Noel
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Tel.: (312) 807-4227
kahlan.noel@klgates.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2026, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service on this date of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System.

*/s/ W. David Bridgers*
W. David Bridgers

4